UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| SHANNON ORY, | ) |
| | ) |
|    *Plaintiff,* | ) |
| | ) |
| v. | )    1:13-cv-110 |
| | )    *Judge Curtis L. Collier* |
| HAMILTON COUNTY, TENNESSEE; | ) |
| HAMILTON COUNTY SHERIFF'S OFFICE; | ) |
| SHERIFF JIM HAMMOND, OFFICER | ) |
| ROBERT STARNES; OFFICER JEFF | ) |
| BAKER; OFFICER ROBIN LANGFORD; | ) |
| OFFICER PAUL HOLLOWAY; OFFICER | ) |
| VAN HINTON; CITY OF COLLEGEDALE; | ) |
| COLLEGEDALE POLICE DEPARTMENT; | ) |
| CHIEF BRIAN HICKMAN; OFFICER | ) |
| DARRELL HANNAH; | ) |
| | ) |
|    *Defendants.* | ) |

## JUDGMENT ORDER

For the reasons expressed by the Court in its memorandum filed herewith, it is hereby

**ORDERED** that:

(1) Plaintiff Shannon Ory's ("Plaintiff") prisoner motion to proceed *in forma pauperis* is **DENIED as MOOT** (Court File No. 1);

(2) Plaintiff's non-prisoner motion to proceed *in forma pauperis* is **GRANTED** (Court File No. 8);

(3) Plaintiff's motion to appoint counsel is **DENIED** (Court File No. 5);

(4) Plaintiff's motion to amend the AO 440 forms is **DENIED** and the Clerk is

**ORDERED** to **REDACT** Defendants' home addresses from document number nine and all the summonses (Court File Nos. 9 & 9-1, at 1-8); and

(5) Pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A the Plaintiff's claims that he was maliciously prosecuted and his conviction is based on an illegal search and seizure and perjured testimony are *sua sponte* **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted because those claims are barred by the *Heck v. Humphrey,* 512 U.S. 477 (1994) favorable termination rule. Plaintiff's medical claim is *sua sponte* **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, and the complaint is **DISMISSED** in its entirety (Court File No. 2).

Upon carefully reviewing this complaint pursuant to 28 U.S.C. § 1915(a)(3), this Court hereby **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** plaintiff leave to proceed *in forma pauperis* on appeal. See Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close this case.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 *s/ Debbie Poplin*
CLERK OF COURT